# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY DALE PARSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-07-994-M |
| | ) |
| JIM KEITH, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On April 23, 2008, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be denied. The parties were advised of their right to object to the Report and Recommendation by May 13, 2008. On May 13, 2008, petitioner filed his objection, in which he contends the Magistrate Judge erred in her rulings regarding grounds one, two, four, five, six, and eight of his petition for writ of habeas corpus. Having carefully reviewed this matter de novo, the Court finds, for the reasons set forth in the Report and Recommendation, that petitioner's petition for writ of habeas corpus should be denied.

Accordingly, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on April 23, 2008;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3)     ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 24th day of June, 2008.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE